# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-2237

_____

Richard DeCaro

*Petitioner - Appellant*

v.

United States of America

*Respondent - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: February 18, 2015
Filed: February 23, 2015
[Unpublished]

_____

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Federal inmate Richard DeCaro appeals the district court's[1] denial of his
Federal Rule of Civil Procedure 60(b)(4) motion challenging his conviction and

_____

[1]The Honorable Audrey G. Fleissig, United States District Judge for the
Eastern District of Missouri.

sentence. After careful review, we conclude that the motion amounted to an unauthorized successive 28 U.S.C. § 2255 motion. <u>See</u> 28 U.S.C. § 2255(h) (authorization requirement); <u>Gonzalez v. Crosby</u>, 545 U.S. 524, 532 (2005) (Rule 60(b) motion that challenges defect in integrity of habeas proceeding is not successive collateral attack, but motion that advances habeas claim is successive petition); <u>United States v. Lambros</u>, 404 F.3d 1034, 1036 (8th Cir. 2005) (per curiam) (inmates cannot bypass authorization requirement of § 2255 by purporting to invoke some other procedure). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____